# JAMISON v. DISTRICT OF COLUMBIA.

---

This appeal is governed by the decision of the Court in *Hunter* v. *District of Columbia, ante,* 406.

No. 3122. Submitted January 8, 1918. Decided March 4, 1918.

HEARING on an appeal from a judgment of the Police Court of the District of Columbia, convicting the defendants of the crime of unlawful assembly.          *Reversed and remanded.*

The facts are stated in the opinion.

*Mr. Matthew E. O'Brien* and *Mr. Dudley Field Malone* for the plaintiffs in error.

*Mr. Conrad H. Syme,* Corporation Counsel, *Mr. Francis H. Stephens,* and *Mr. Ringgold Hart,* Assistants, for the defendant in error.

Mr. Justice VAN ORSDEL delivered the opinion of the Court:

This appeal was heard in connection with No. 3121, *Hunter* v. *District of Columbia, ante,* 406. As in the former case, plaintiffs in error were convicted of the crime of unlawful assembly upon an information charging the offense in the same language.

For the reasons stated in our opinion in that case, the judgment is reversed, with costs.          *Reversed.*